\ UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

CIVIL ACTION NO. 7:07-104-KKC

KIMBERLY L. ADAMS,                                                                    PLAINTIFF,

v.                                            **JUDGMENT**

SOCIAL SECURITY ADMINISTRATION,                                        DEFENDANT.

\*\*\*\*    \*\*\*\*    \*\*\*\*    \*\*\*\*

In compliance with Fed.R.Civ.P 58 and pursuant to Sentence 4 of 42:405(g), it is

HEREBY ORDERED that

    (1)    the administrative decision is AFFIRMED and judgment is entered in favor of the defendant;

    (2)    the plaintiff's complaint against the defendant is DISMISSED WITH PREJUDICE and the plaintiff shall take nothing thereby;

    (3)    this action is STRICKEN from the active docket of the Court; and

    (4)    this is a final and appealable order and no just cause for delay exists.

This the 17th day of March, 2008.

**Signed By:**

*Karen K. Caldwell* KKC
**United States District Judge**